IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br>     Plaintiff, <br> v. <br> RFF GP, LLC, KGW CAPITAL MANAGEMENT, LLC, and KEVIN G. WHITE, <br>     Defendants, <br> REVELATION FOREX FUND, LP, <br> MERIDIAN PROPANE LP, and <br> W CORPORATE REAL ESTATE, LP d/b/a <br> KGW REAL ESTATE, <br>     Relief Defendants. | § § § § § § § § § § § § § § Case No.: 4:13-cv-382 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 17, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Unopposed Motion to Enter the Proposed Consent Order for Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief Against Defendants RFF GP, LLC, KGW CAPITAL MANAGEMENT, LLC and Kevin White (Dkt. 127) be GRANTED and that the Consent Order for Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief Against Defendants RFF GP, LLC, KGW Capital Management, LLC, and Kevin G. White, Docket Entry 127-1, be entered by the court in this matter.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the

Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, Plaintiff's Unopposed Motion to Enter the Proposed Consent Order for Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief Against Defendants RFF GP, LLC, KGW CAPITAL MANAGEMENT, LLC and Kevin White (Dkt. 127) is GRANTED and the Consent Order for Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief Against Defendants RFF GP, LLC, KGW Capital Management, LLC, and Kevin G. White, Docket Entry 127-1, shall be entered by the court in this matter.

**IT IS SO ORDERED.**

**SIGNED this the 30th day of March, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE